UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jaime Geovanny Carrillo-Baquerizo

v. Case No. 1:26-cv-00896-JL-TSM

David Wesling, et al.

**ORDER**

Before the court is the habeas petition brought by Jaime Geovanny Carrillo-Baquerizo challenging his ongoing ICE detention.[1] After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.).[2] In response, the government concedes that "[s]hould the Court follow the reasoning in *Destino*, it would reach the same result here."[3]

Thus, no cause having been shown why it should not afford the petitioner the same relief ordered in *Destino*, the court, applying the reasoning in that case, orders the respondents to provide the petitioner with a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. The bond hearing shall be conducted in accordance with the procedural protections set forth in *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021), with DHS bearing the burden of proving, by clear and convincing evidence, that the petitioner poses a danger to the community, or, by a preponderance of evidence, that he poses a flight risk. The petition is DENIED in all other respects. The parties shall file a status report on or before **November 2, 2026**.

SO ORDERED.

Joseph N. Laplante
United States District Judge

Dated: October 23, 2026
Cc: Counsel of record

[1] Doc. no. 1.
[2] Doc. no. 4.
[3] Show Cause Response (doc. no. 6) at 1. The government does not specifically object to this relief. Instead, it "reserve[s] all appeal rights and incorporates by reference the legal arguments []presented in *Destino*." *Id.* at 2 n.2 The court makes no finding as to the preservation of any grounds mentioned, but not actually argued or developed, on the record of this case.